IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL BRINK, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>XE HOLDING, LLC, AKA XE SERVICES, LCC, *et al.*<br><br>      Defendants. | Civil Action No. 1:11-CV-01733 (EGS) |

## NOTICE OF WITHDRAW OF COUNSEL GARY R. LONG

Pursuant to LCvR 83.6(b) of the Local Rules of this Court, I wish to notify this Court of the withdraw of Gary R. Long as co-counsel for defendants Ace American Insurance Co. and ESIS, Inc. Mr. Long was admitted *pro hac vice* in the above captioned case on March 28, 2012, and is one of several attorneys listed as counsel. Defendants Ace American Insurance Co. and ESIS, Inc., will continue to be represented by its other listed counsel.

Dated: December 19, 2012

Respectfully submitted,

/s/ Christopher E. Appel
Christopher E. Appel (No. 978001)
(COUNSEL OF RECORD)
SHOOK, HARDY & BACON, L.L.P.
1155 F Street, NW, Suite 200
Washington, D.C. 20004
Tel: (202) 783-8400
Fax: (202) 783-4211

I certify that I wish to withdraw as co-counsel for defendants Ace American Insurance Co. and ESIS, Inc., in the above captioned case, and have so informed these parties.

Gary R. Long

## PROOF OF SERVICE

I hereby certify that on the 19[h] day of December, 2012, I filed the foregoing with the clerk of the court using the court's CM/ECF system, which served electronic notice upon the following:

Scott J. Bloch
LAW OFFICES OF SCOTT J. BLOCH, PA
scott@scottblochlaw.com
1050 17th Street N.W., Suite 600
Washington, D.C. 20036
Tel:  (202) 496-1290
*Counsel for Plaintiffs*

Richard J. Doren
rdoren@gibsondunn.com
Geoffrey M. Sigler
gsigler@gibsondunn.com
Thomas M. Johnson, Jr.
tjohnson@gibsondunn.com
Daniel P. Rathbun
drathbun@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Tel:  (202) 955-8500
*Counsel for American International Group, Inc.*

Randolph D. Moss
randolph.moss@wilmerhale.com
Charles C. Platt
charles.platt@wilmerhale.com
WILMER CUTLER PICKERING HALE
 & DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel:  202-663-6640
*Counsel for Zurich American Insurance Company*

Raymond B. Biagini
rbiagini@mckennalong.com
Tami Lyn Azorsky
tazorsky@mckennalong.com
Alejandro L. Sarria
asarria@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Tel:  (202) 496-7500
*Counsel for Halliburton Company and Kellogg Brown & Root Services, Inc.*

Roderick L. Thomas
rthomas@wileyrein.com
Mark B. Sweet
msweet@wileyrein.com
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel:  (202) 719-7000
*Counsel for AECOM Government Services, Inc. Combat Support Associates, and Global Linguist Solutions LLP*

Timothy W. Bergin
tbergin@winstead.com
Brannon C. Dillard
bdillard@winstead.com
Andrew L. Fono
afono@winstead.com
WINSTEAD PC
1120 20th Street, N.W., Suite 700 North
Washington, D.C. 20036
Tel:  (202) 572-8024
*Counsel for Khudairi Group Inc.*

2

Kenneth J. Pfaehler
kenneth.pfaehler@snrdenton.com
SNR DENTON US LLP
1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
Tel: (202) 408-6468
*Counsel for Continental Casualty Company*

Jennifer A. Harper
harperj@jacksonlewis.com
JACKSON LEWIS LLP
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
Tel: (703) 483-8300
*Counsel for Parsons Group, a/k/a Parsons Corp.*

Ari S. Zymelman
azymelman@wc.com
F. Greg Bowman
fbowman@wc.com
David R. J. Riskin
driskin@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
*Counsel for L-3 Services, Inc., f/k/a The Titan Corporation; US Investigations Services, LLC, and USIS International, Inc.*

Matthew W. Carlson
mwc@tomnh.com
THOMPSON, O'DONNELL, MARKHAM, NORTON & HANNON
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
Tel: (202) 289-1133
*Counsel for Ronco Consulting Corporation and Wackenhut Services International*

Sandra D. Hauser
sandra.hauser@snrdenton.com
Avi Schick
avi.schick@snrdenton.com
Benito Delfin, Jr.
ben.delfin@snrdenton.com
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6802
*Counsel for Continental Insurance Co. and CNA Financial Corp.*

Robert B. Wallace
robert.wallace@wilsonelser.com
Elizabeth B. Sandza
elizabeth.sandza@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
700 11th Street, N.W., Suite 400
Washington, D.C. 20001
Tel: (202) 626-7660
*Counsel for DynCorp International, LLC*

Sara Z. Moghadam
sara.moghadam@dlapiper.com
DLA PIPER LLP (US)
500 8th Street, NW
Washington, D.C. 20004
Tel: (202) 779-4000

Tara M. Lee
tara.lee@dlapiper.com
DLA PIPER LLP (US)
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, Virginia 20190-5602
Telephone: (703) 773-4000

Michelle J. Dickinson
michelle.dickinson@dlapipper.com
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Tel: (410) 580-4137

*Counsel for Exelis Systems Corporation and Northrop Grumman Corporation*

Leslie P. Machado
leslie.machado@leclairryan.com
Michael F. Ruggio
michael.ruggio@leclairryan.com
LECLAIRRYAN, P.C.
1101 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
Tel: (202) 659-6736
*Counsel for Academi, LLC*

Roderick L. Thomas
rthomas@wileyrein.com
Mark B. Sweet
msweet@wileyrein.com
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
*Counsel for AECOM Government Services, Inc., Combat Support Associates, and Global Linguist Solutions LLC*


       /s/ Christopher E. Appel
       Christopher E. Appel