**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DANIEL BRINK, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) Civil Action No. 11-1733 (EGS) |
| v. | ) |
|  | ) |
| XE HOLDING, LLC, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion filed this same day, it is hereby

**ORDERED** that Defendants' Motions to Dismiss are **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' Second Amended Complaint is **DISMISSED.**

**SO ORDERED.**

**SIGNED:   Emmet G. Sullivan**
**United States District Judge**
**December 21, 2012**