**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------- x

**DANIEL BRINK** *et al.*,

                                    Plaintiffs,

                  -v-                          Case: 1:11-cv-01733 (EGS)

**XE HOLDING, LLC** *et al.*,

                                    Defendants.

---------------------------------------------------------------- x

**PROPOSED ORDER**

      This matter came before the Court on Plaintiffs' Motion for Reconsideration and to Alter or Amend the Judgment of Dismissal, their Memorandum in Support, Defendants' Opposition Briefs, and the Reply of the Plaintiffs.  Therefore, being fully advised in the premises, the Court finds that the Motion for Reconsideration should be Granted, and Plaintiff should be permitted to Amend the Second Amended Complaint (SAC) to replead Count VI of the ADA, and more particulars of the Reconsideration will be provided in a separate Memorandum of Decision.

      Therefore, the Motion for Reconsideration is GRANTED.  It is hereby **ORDERED** that the Motion of Plaintiffs for Reconsideration of the Motions to Dismiss is **GRANTED**.  A memorandum order will issue that more fully delineates the Court's reasoning.

      The Clerk of Court is directed to certify copies of this Order to all counsel of record.

                                    ENTERED this _____ day of _____, 20____.

                                    _____
                                    The Honorable Emmet G. Sullivan
                                    United States District Court Judge

## **APPENDIX PURSUANT TO LOCAL RULE 7(K)**

The following attorneys are entitled to be notified of the entry of the attached Consent Order:

Jennifer A. Harper
harperj@jacksonlewis.com
JACKSON LEWIS LLP
10701 Parkridge Boulevard
Suite 300
Reston, VA 20191
Tel: 703-483-8300
Fax: 703-483-8301
*via ECF*

Randolph D. Moss
randolph.moss@wilmerhale.com
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: 202-663-6640
*Counsel for Zurich Insurance*

Roderick L. Thomas
rthomas@wileyrein.com
Mark B. Sweet
msweet@wileyrein.com
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
*Counsel for AECOM Government Services, Inc.*
*Combat Support Associates, and Global Linguist Solutions LLP*

Richard J. Doren
rdoren@gibsondunn.com
Geoffrey M. Sigler
gsigler@gibsondunn.com
Thomas M. Johnson, Jr.
tjohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Tel: (202) 955-8500
*Counsel for Defendant American International Group, Inc.*

Matthew W. Carlson
mwc@tomnh.com
THOMPSON, O'DONNELL, MARKHAM, NORTON & HANNON
1212 New York Avenue, N.W. Suite 1000
Washington, D.C. 20005
Tel: (202) 289-1133
*Counsel for Ronco Consulting*

Kenneth J. Pfaehler
kenneth.pfaehler@snrdenton.com
Avi Schick
Avi.schick@snrdenton.com
SNR DENTON US LLP
1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
Tel: (202) 408-6468
*Counsel for Continental Casualty Company*

Raymond B. Biagini
rbiagini@mckennalong.com
Tami Lyn Azorsky
tazorsky@mckennalong.com
Alejandro L. Sarria
asarria@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 496-7500
*Counsel for Halliburton Company*

Tara M. Lee
Tara.lee@dlapiper.com
Sara Z. Moghadam
Sara.moghadam@dlapiper.com
DLA Piper US LLP

500 Eighth Street, N.W.
Washington, D.C. 2004
Tel: (202) 799-4512
*Counsel for Exelis (fka ITT) Corp.*

Ari Shlomo Zymelman
azymelman@wc.com
David Randall J. Riskin
driskin@wc.com
Frank Gregory Bowman
fbowman@wc.com
WILLIAMS & CONNOLLY LLP
Edward Bennett Williams Building
725 12th Street, NW
Washington, DC 20005
Tel: (202) 434-5000
*Counsel for US Investigations Services USIS International, Inc., L-3 SERVICES, INC.*

Leslie Paul Machado
Leslie.machado@leclairryan.com
LECLAIR RYAN
1101 Connecticut Ave, NW
Suite 600
Washington, DC 20036
Tel: (202) 659-6736
Fax: (202) 659-4130
*Counsel for Academi, LLC*
*formerly known as*
*XE Services, LLC*

Christopher E. Appel
cappel@shb.com
Gary R. Long
glong@shb.com
Holly P. Smith
hpsmith@shb.com
SHOOK, HARDY & BACON, LLP
1155 F Street, NW
Suite 200
Washington, DC 20004
Tel: (202) 783-8400
*Counsel for Ace American Insurance Co.*
*dba ESIS, INC.*

Robert Bruce Wallace
robert.wallace@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN &
DICKER, LLP
700 11th Street, NW
Suite 400
Washington, DC 20001
Tel: (202) 626-7667
Fax: (202) 628-3606
*Counsel for Dyncorp International, LLC*