1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL BRINK, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:11-cv-01733 |
| v. | ) |
| | ) |
| XE HOLDINGS, LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### "WACKENHUT SERVICES INTERNATIONAL" AND RONCO CONSULTING CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION

COMES NOW Defendants "Wackenhut Services International" and Ronco Consulting Corporation, by and through counsel, Thompson O'Donnell, LLP, and hereby join in and adopt the arguments made in the Contractor Defendants' Common Opposition to Plaintiffs' Motion for Reconsideration (ECF No. 147).

THOMPSON O'DONNELL, LLP

// Matthew W. Carlson//
Matthew W. Carlson
Thompson, O'Donnell, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
Ofc: (202)289-1133
Fax: (202) 289-1133
mwc@tomnh.com
*Attorneys for Defendant "Wackenhut Services, Inc.," and Ronco Consulting Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant "Wackenhut Services International" and Ronco Consulting Corporation's Opposition to Plaintiffs' Motion For Reconsideration was sent via Electronic Case Filing this 5th day of February 2013 to all counsel of record.

/s/ Matthew W. Carlson
Matthew W. Carlson