UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRINK, et al.,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>XE HOLDING, LLC, et al.,<br><br>            *Defendants*. | INDEX NO:  1:11 Civ.-01733 (EGS)<br><br>NOTICE OF CHANGE OF LAW FIRM NAME |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:    The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT effective March 28, 2013, SNR Denton US LLP ("SNR Denton") has combined with Salans LLP and Fraser Milner Casgrain LLP. As a result, SNR Denton has changed its name to Dentons US LLP as of that effective date. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice of this change and update your records accordingly.

Dated: March 28, 2013                                        Respectfully submitted,

                                                                     By: /s/ Kenneth J. Pfaehler _____

                                                                     Kenneth J. Pfaehler (D.C. Bar, 461718)
                                                                     kenneth.pfaehler@dentons.com
                                                                     David I. Ackerman (D.C. Bar, 482075)
                                                                     david.ackerman@dentons.com
                                                                     Dentons US LLP
                                                                     1301 K Street, NW
                                                                     Suite 600 East Tower
                                                                     Washington, D.C. 20005
                                                                     Tel: (202) 408-6468

>Avi Schick (*pro hac vice*)
>Sandra D. Hauser (*pro hac vice*)
>avi.schick@dentons.com
>sandra.hauser@dentons.com
>Dentons US LLP
>1221 Avenue of the Americas
>New York, NY. 10020
>Tel (212) 398-8456
>
>Benito Delfin (*pro hac vice*)
>benito.delfin@dentons.com
>Dentons US LLP
>601 South Figueroa Street, Suite 2500
>Los Angeles, CA. 90017
>Tel: (213) 892-2883
>
>*Counsel for Defendants The Continental Insurance Company and CNA Financial Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2013, the foregoing Notice of Firm Name Change was filed and served electronically through the court's CM/ECF system upon all registered users.

>  /s/  Kenneth J. Pfaehler

2