UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL BRINK, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CONTINENTAL CASUALTY CO., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 11-1733 (EGS/RMM) |

**KHUDAIRI GROUP INCORPORATED'S RESPONSE TO PLAINTIFF RON BELL'S
MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

Pursuant to Local Civil Rule 7(b), Defendant Khudairi Group Incorporated d/b/a Khudairi Trading and Contracting Company ("KGI"),[1] by and through its undersigned counsel, hereby responds to Plaintiff Ron Bell's Motion for Leave to File Fourth Amended Complaint. *See* ECF No. 205. In support, KGI respectfully shows the Court as follows:

1. On March 13, 2017, the Court entered its Minute Order permitting Plaintiffs to file and deeming filed their Third Amended Complaint. *See* March 13, 2017 Minute Order. The operative complaint in this action is Plaintiffs' Third Amended Complaint. *See* ECF No. 190.

2. Plaintiffs' proposed Fourth Amended Complaint is nearly identical to Plaintiffs' Third Amended Complaint regarding the allegations and claims asserted against KGI. *Compare* ECF Nos. 190 & 205-2. Accordingly, KGI does not oppose Plaintiff Ron Bell's Motion for Leave to File Fourth Amended Complaint.

---

[1] Plaintiffs' proposed Fourth Amended Complaint names "The Khudairi Group, dba Khudairi Trading and Contracting Company (KTCC)" as a Defendant and refers to "Khudairi Trading" and "Khudairi." *See* ECF No. 205-2. As previously noted, there has never been, nor is there today, any viable entity named "The Khudairi Group, dba Khudairi Trading and Contracting Company (KTCC)." For purposes of this Response, KGI assume Plaintiffs are referring to KGI. KGI reserves the right to seek appropriate relief based on this error.

1

3. However, by filing this Response in lieu of an opposition to the motion for leave, KGI does not waive, but expressly reserves, any and all rights, procedural and/or substantive defenses, and arguments that it may have in this action and regarding Plaintiffs' Fourth Amended Complaint.

4. Consistent with the Court's May 11, 2017 Order (ECF No. 199), if the Court grants Plaintiff Ron Bell's Motion for Leave to File Fourth Amended Complaint, KGI will answer or otherwise respond to Plaintiffs' Fourth Amended Complaint within thirty (30) days of the Court's order granting the motion for leave.

Dated: July 5, 2017.

Respectfully Submitted,

WINSTEAD PC

By: /s/ Brannon C. Dillard
    Brannon C. Dillard (D.C. Bar No. TX0134)
    1100 JPMorgan Chase Tower
    600 Travis
    Houston, Texas 77002
    Telephone: (713) 650-8400
    Facsimile: (713) 650-2400
    E-Mail: bdillard@winstead.com

**COUNSEL FOR DEFENDANT KHUDAIRI GROUP INCORPORATED D/B/A KHUDAIRI TRADING AND CONTRACTING COMPANY**

## CERTIFICATE OF SERVICE

I certify that I have caused to be delivered *via* the Court's electronic filing system, a true and correct copy of the foregoing document to all counsel of record this 5th day of July, 2017.

/s/ Brannon C. Dillard
Brannon C. Dillard